191 F.3d 998 (9th Cir. 1999)
 JUAN ANIBAL AGUIRRE-AGUIRRE, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
 No. 96-70267
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed October 26, 1999
 
 IN&S No. Ast-ddn-btm
 On Remand from the United States Supreme Court.
 Before: Harry Pregerson, John T. Noonan, and Andrew J. Kleinfeld, Circuit Judges.
 
 ORDER
 
 1
 The petition for review is denied. INS v. Aguirre, 526 U.S. 415, 119 S. Ct. 1429, 143 L.Ed.2d 590 (1999)